BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-MC-00020-LJO |
|---|---|
| Plaintiff, | ) **CONSENT JUDGMENT OF FORFEITURE** |
| v. | ) |
| 2006 FORD F-150,<br>VIN: 1FTPW14VZ6KD88158,<br>LICENSE NO. 8Z78483, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On November 18, 2010, Marco Rodriguez was indicted pursuant to 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 852, 860(a)(1), and 960(b)(1)(B). The Indictment did not include forfeiture allegation however, Marco Rodriguez was provided notice of the seizure of the above-captioned vehicle on November 3, 2010.

2. On or about November 3, 2010, Marco Rodriguez attempted to enter the United States from Mexico at the San Ysidro point-of-entry in the 2006 Ford F-150, VIN: 1FTPW14VZ6KD88158, License No. 8Z78483 (hereafter "defendant vehicle"). Agents with the Department of Homeland Security conducted a search of the defendant vehicle and located several packages secreted in the frame rail of the defendant vehicle. A total of approximately 14 kilograms of cocaine was located hidden within the defendant vehicle. Marco Rodriguez stated to agents that

he had been hired by someone in Bakersfield, California to bring the drugs across the border and to deliver them to Bakersfield, California.

3. On or about February 9, 2011, a plea agreement was entered in *U.S. v. Marco Rodriguez*, 1:10-CR-00474-LJO, wherein Marco Rodriguez pled guilty to a violation of 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute Cocaine, and was sentenced on April 15, 2011. Marco Rodriguez' agreement to forfeit the defendant vehicle was inadvertently left out of the plea agreement.

4. Marco Rodriguez hereby acknowledges that he is the sole owner of the defendant vehicle and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant vehicle, Marco Rodriguez shall hold harmless and indemnify the United States, as set forth below.

5. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

6. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

2. All right, title, and interest in the defendant vehicle seized on or about November 3, 2010, shall be forfeited to the United States pursuant to 21 U.S.C. § 853, to be disposed of according to law.

3. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure and forfeiture of the defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and forfeiture, as well as to those now known or disclosed. The parties to this

agreement agree to waive the provisions of California Civil Code § 1542, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

4. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was reasonable cause for the seizure of the defendant vehicle, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

5. All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: December 12, 2011          /s/ Lawrence J. O'Neill
                                  United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant vehicle.

IT IS SO ORDERED.

**Dated:   December 9, 2011**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE